# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2069
_____

H. S.,

    Petitioner,

v.

STATE OF FLORIDA, DEPARTMENT
OF HEALTH,

    Respondent.

_____

Petition for Review of Non-Final Agency Action—Original
Jurisdiction.

December 27, 2023

PER CURIAM.

    DISMISSED.

M.K. THOMAS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

John C. Cardello of Chapman Law Group, Troy, MI, for Petitioner.

Sarah Young Hodges, Chief Appellate Counsel, Department of Health, Tallahassee, for Respondent.